MITCHEL D. RAMOS, Respondent, v ALICIA COURT ENTERPRISES, INC., et al., Defendants. COUNTY OF WESTCHESTER, Nonparty Appellant.

Submitted April 13, 2009; decided June 11, 2009

Motion for leave to appeal dismissed upon the ground that

the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.